133 So.2d 705

Robert L. PARKER, Jr.

v.

CITY OF BIRMINGHAM.

6 Div. 756.

Supreme Court of Alabama.

Sept. 14, 1961.

Rehearing Denied Nov. 2, 1961.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., and J. Richmond Pearson, Birmingham, for petitioner.

Watts E. Davis and Wm. C. Walker, Birmingham, opposed.

GOODWYN, Justice.

Petition of Arthur L. Parker, Jr. for certiorari to the Court of Appeals to review and revise the judgment and decision in Parker v. City of Birmingham, 133 So.2d 705.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.